UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL OWENS,<br><br>        Plaintiff,<br><br>v.<br><br>DEPUTY SHERIFF NEWSOM,<br><br>        Defendant. | Civil No. 03-CV-2570-L(NLS)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DEFAULT JUDGMENT [doc. #39] and DIRECTING CLERK OF COURT TO CLOSE THIS CASE** |

Having received and considered the parties' joint motion and good cause appearing, **IT IS ORDERED** granting the joint motion to vacate the default judgment entered in the above captioned case. **IT IS FURTHER ORDERED** denying as moot plaintiff's motion for enforcement of judgment [doc. #37. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: March 26, 2007

M. James Lorenz
United States District Court Judge

. . .

. . .

. . .

03cv2570

1 | COPY TO:
2 | HON. NITA L. STORMES
3 | UNITED STATES MAGISTRATE JUDGE
4 | ALL PARTIES/COUNSEL